

May 24, 2018

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      **In Re:  Richard Becker**
      **Case No. 17-23046-rdd**

Dear Judge Drain,

      As you are aware, this firm represents Seterus Inc as servicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")1 as secured creditor, in the above-referenced matter. On September 25, 2017 a loss mitigation order was entered by this Court. We would respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding.

      An order approving the sale of the Debtor's property was entered on 4/25/2018. At this time we respectfully request the court terminate the Loss Mitigation Program.

      Thank you for your consideration of this matter.  Should you have any questions or if I can be of any further assistance, please feel free to contact me.

      Respectfully,

      /s/ Barbara Whipple
      Barbara Whipple Esq.
      Robertson, Anschutz & Schneid, PL
      bwhipple@rasflaw.com

cc:  H. Bruce Bronson, Jr.., Esq (Via ECF)