Settlement/Hearing: October 17th, 2018
Time:  10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

 RICHARD BECKER,

                Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Chapter 13
Case No.17-23046 RDD

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE,** that an *Order,* a true copy of which is annexed hereto, will be presented for signature to the Hon. Robert D. Drain, United States Bankruptcy Judge, on the 17th day of October, 2018 at 10:00 A.M., at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York.

Hearings on Objections, if any, to be conducted same place, date and time. Written objections or counterorders must be submitted to chambers by no later than close of business *three (3) days prior* to settlement.

Dated: White Plains, New York
      September 17th, 2018

 /s/  Krista M Preuss
**Krista M. Preuss (KMP7299)**
**Chapter 13 Trustee**
**399 Knollwood Road**
**White Plains, New York 10603**
**Chapter 13 Tel. No. 914-328-6333**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                        Chapter 13
                                        Case No.17-23046 RDD

RICHARD BECKER,

                        Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

The chapter 13 trustee having moved, on due notice, for an order dismissing this chapter 13 case, and, upon the motion and the record of the October 17. 2018 hearing thereon, the Court having found that the above-captioned debtor has failed to comply with 11 U.S.C. 1307(c)(1) and (c)(4) and 11 U.S.C.§521(i) and (e)(2)(A)(i), having created unreasonable delay that is prejudicial to creditors, in that the debtor failed to remit timely proposed chapter 13 plan payments to the trustee, failed to provide the required documentation, in part, payment advices and evidence of other payments received within 60 days, Federal and New York State tax returns for the most recent tax years; and termination of loss mitigation under General Order M-412 having been requested by the lender; and the Court also having found that the debtor's plan is not feasible and that the debtor is unable to confirm a plan; and good cause appearing,

        **IT IS ORDERED THAT:**

This chapter 13 case is hereby dismissed. The chapter 13 trustee shall take all actions required by the dismissal of this case.

Dated: White Plains, New York
       October             , 2018

                                                            _____
                                                             **UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
IN RE:

                          Chapter 13
                          Case No.17-23046 RDD

RICHARD BECKER,

                    **TRUSTEE'S AFFIDAVIT**

            Debtor(s)
---------------------------------x
STATE OF NEW YORK    )
COUNTY OF WESTCHESTER  )  ss.:

      Krista M. Preuss, being duly sworn, deposes and says:

1.     She is the standing Chapter 13 Trustee.

2.     The debtor filed a Chapter 13 proceeding on July 6th, 2017.

3.     A hearing on confirmation was held on September 12th, 2018.

4.     The debtor failed to comply with the provisions of 11 U.S.C. §1307(c)(1) and (c)(4).

5.     The debtor is in violation of 11 U.S.C.§521(i) of the Bankruptcy Code which requires the debtor to file , in part, payment advices and evidence of other payments received within 60 days.

6.     The debtor is in violation of §521(e)(2)(A)(i) of the Bankruptcy Code which requires the debtor to provide federal and state tax returns for certain of the most recent tax years.

7.     The debtor failed to remit timely proposed plan payments to the trustee, having remitted ten payments, od the sum of $1,000.00, and being, at this juncture, four month(s) in arrears, or the sum of $400.00.

8. The property having been sold via short sale, termination of loss mitigation has been requested by the lender.

9. The plan is deemed infeasible and insufficient for the tax claims.

10. At the aforesaid confirmation hearing held on September 12th, 2018, the debtor's case demonstrated infeasibility and an inability to confirm.

11. The delay created by the debtor is prejudicial to creditors.

**WHEREFORE**, the trustee respectfully requests that the annexed order dismissing this case be signed.

/s/ Krista M. Preuss
**Krista M. Preuss**

Sworn to before me this
17th day of September, 2018
/s/ Jody L. Kava

Jody L. Kava
Notary Public, State of New York
No. 02KA4836806
Qualified in Westchester County
Term Expires: 10/31/21

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                              Chapter 13
                                                    Case No.17-23046 RDD

RICHARD BECKER,

                    Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CERTIFICATE OF SERVICE

Lois Rosemarie Esposito duly certifies:

I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York.

On September 17th, 2018, I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

Richard Becker
16 Pierce Street
New Rochelle, New York 10801

H. Bruce Bronson, Esq.
480 Mamaroneck Avenue
Harrison, New York 10528

Federal National Mortgage Association
c/o Robertson Anschutz & Schneid, PL
6409 Congress Avenue # 100
Boca Raton, Florida 33487

Federal National Mortgage Association
c/o RAS BORISKIN, LLC
900 Merchants Concourse # 106
Westbury, New York 11590

Seterus, Inc.
P.O. Box 1047
Hartford, Connecticut  06143

NYS Department of Taxation & Finance
Bankruptcy Section
P. O. Box 5300
Albany, New York12205

Internal Revenue Service
P.O. Box 8346
Philadelphia, Pennsylvania  19101-7346

                                           /s/ Lois Rosemarie Esposito
                                            Lois **Rosemarie Esposito**